UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:17-CR-134-JTM-JEM |
| | ) | |
| BENJI HAWKINS, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATIONS**
**OF THE MAGISTRATE JUDGE**
**UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On October 19, 2022, the United States Government appeared by counsel Assistant United States Attorney Kevin Wolff, and Defendant Benji Hawkins appeared in person and by counsel John Maksimovich and in the custody of the United States Marshal. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On May 22, 2018, Defendant Hawkins pled guilty to Count 1 charged in the Indictment (possession of a firearm as a felon) and on August 21, 2018, Judge Joseph S. Van Bokkelen sentenced him to a term of 46 months followed by 2 years supervised release subject to specified written terms and conditions.

On June 16, 2022, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 71], amened on August 18, 2022 [DE 75], and an arrest warrant was issued. On September 7, 2022, an Initial Appearance was held, at which time

1

Defendant Hawkins was detained.

On October 19, 2022, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

As a result of the October 19, 2022, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Hawkins has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Hawkins understands the proceedings, allegations and his rights;

3. Defendant Hawkins knowingly and voluntarily admitted that he committed the offense of use of controlled substances [DE 85];

4. The violation is a Grade C violation, Defendant's criminal history category is III, and the suggested penalty range is 5-11 months incarceration, with a statutory maximum of 24 months.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Hawkins be adjudged to have committed a violation of his supervised release described in the August 18, 2022 Petition [DE 75];

2. The Agreed Disposition of Supervised Release Violation [DE 85] be accepted; and

3. Defendant Hawkins be sentenced to a term of 8 months incarceration, with credit for time served, and with no further term of supervised release to follow.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 19th day of October, 2022.

s/ John E. Martin<br>
MAGISTRATE JUDGE JOHN E. MARTIN<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record
District Judge James Moody