UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:17 CR 134 |
| ) | |
| BENJI HAWKINS ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 89), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the August 18, 2022, Petition. (DE # 75.) The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 85.) Defendant is sentenced to a term of 8 months incarceration, with no further term of supervised release to follow. The court further recommends that defendant be given credit for time served.

**SO ORDERED.**

Date: November 9, 2022

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT